UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PRESTIGE FLORIDA PROPERTY INVESTMENT LLC,**

Plaintiff,                                    **Case No.: 6:26-cv-00392-GAP-RMN**

v.

**GOLIATH VENTURES, INC.,** a Florida corporation; **GOLIATH VENTURES, INC.,** a Wyoming corporation, **CHRISTOPHER DELGADO,** an individual; **JONATHAN MASON,** an individual; **ERIC CLAYMAN,** an individual; and **BLACKBLOCK MANAGEMENT SOLUTIONS, LLC a/k/a BLACKBLOCK MANAGEMENT SERVICES,** a Florida limited liability company,

Defendants.
_____/

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff, PRESTIGE FLORIDA PROPERTY INVESTMENT, LLC, hereby gives notice of its filing the Affidavits of Service, which detail the service efforts for Defendants, GOLIATH VENTURES, INC. (a Florida corporation), GOLIATH VENTURES, INC. (a Wyoming corporation), JOHNATHAN MASON, ERIC CLAYMAN, and BLACKBLOCK MANAGEMENT SOLUTIONS, LLC. A true and correct copy of the Affidavits of Service are attached as **Exhibits A, B, C, D, and E**, respectively.

1

Dated: February 24, 2026.

    Respectfully Submitted,

*/s/ Vincent A. Citro*

**Vincent A. Citro**
Florida Bar No. 468657
Primary Email: vcitro@losey.law
Secondary Email: docketing@losey.law
**David A. Meek II, Esq.**
Florida Bar No. 59314
Primary Email: dmeek@losey.law
Secondary Email: docketing@losey.law
**Losey PLLC**
1420 Edgewater Dr.
Orlando, Florida 32804
Telephone: (407) 205-8456
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties on the Court's Service List.

    Respectfully Submitted,

*/s/ Vincent A. Citro*

**Vincent A. Citro**
Florida Bar No. 468657
Primary Email: vcitro@losey.law
Secondary Email: docketing@losey.law
**Losey PLLC**
1420 Edgewater Dr.
Orlando, Florida 32804
Telephone: (407) 205-8456
*Counsel for Plaintiff*

**Exhibit A**

## VERIFIED RETURN OF SERVICE

| State of Florida | County of Middle DISTRICT OF FLORIDA | CIVIL ACTION Court |
|---|---|---|

Case Number: 6:26-CV-00392-GAP-RMN

PLAINTIFF: **PRESTIGE FLORIDA PROPERTY INVESTMENT, LLC**
vs.
DEFENDANT: **GOLIATH VENTURES, INC., ET AL**

For:
LOSEY PLLC - VINCENT A. CITRO, ESQ.
1420 EDGEWATER DRIVE
Orlando, FL 32804

Received by IVAN WILLIAMS on the 19th day of February, 2026 at 5:03 pm to be served on **GOLIATH VENTURES, INC. C/O R.A.: HARRY SAMUELS, 2901 SPRING RD., SUITE 308, Fort Lauderdale, FL 33312**.

I, IVAN WILLIAMS, do hereby affirm that on the **20th day of February, 2026** at **2:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COVER SHEET, COMPLAINT, ORDER, DISCLOSURE STATEMENT, CASE MANAGEMENT REPORT, NOTICE, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **HARRY SAMUELS** as **Registered agent** for **GOLIATH VENTURES, INC.**, at the address of: **2901 SPRING RD., SUITE 308, Fort Lauderdale, FL 33312**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 48 to 53, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 160 to 165, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county or judicial circuit in which the process was affected in accordance with State Statutes. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

IVAN WILLIAMS
SPS#1716

**LEGAL SERVE USA**
**424 E. Central Blvd.**
**Ste. 355**
**Orlando, FL 32801**
**(407) 559-5515**

Our Job Serial Number: LS7-0002601439
Ref: LSU2601439, Prestige: 5 Summ.



**Exhibit B**

Civil Action No. 6:26-cv-00392-GAP-RMN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GOLIATH VENTURES, INC. was received by me on *(date)* Feb 19, 2026, 6:02 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jody Ragsdale , who is designated by law to accept service of process on behalf of *(name of organization)* GOLIATH VENTURES, INC. on *(date)* Fri, Feb 20 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 02/20/2026

*Server's signature*

George Gliem

*Printed name and title*

PO Box 21015 , Cheyenne, WY 82003

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 20, 2026, 10:49 am MST at 1720 Carey Avenue 200, Cheyenne, WY 82001 received by Jody Ragsdale. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Eyes: Brown; Relationship: Secretary/Authorized to accept

Documents served: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; EXHIBITS; ORDER; []'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03; NOTICE OF PENDENCY OF OTHER ACTIONS; UNIFORM CASE MANAGEMENT REPORT; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE



## VERIFIED RETURN OF SERVICE

Job # LSU2601441

**Client Info:**

LOSEY PLLC - VINCENT A. CITRO, ESQ.
1420 EDGEWATER DRIVE
Orlando, FL  32804

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>PRESTIGE FLORIDA PROPERTY INVESTMENT, LLC<br>-versus-<br>**DEFENDANT:**<br>GOLIATH VENTURES, INC., ET AL | DISTRICT COURT<br>Court Division: CIVIL ACTION<br>County of Middle DISTRICT OF FLORIDA, Florida<br>Court Case # **6:26-CV-00392-GAP-RMN** |

**Service Info:**

**Date Received: 2/19/2026** at **03:23 AM**
Service: I Served **JONATHAN MASON**
With: **SUMMONS, COVER SHEET, COMPLAINT, ORDER, DISCLOSURE STATEMENT, CASE MANAGEMENT REPORT, NOTICE, EXHIBITS**
by leaving with **JONATHAN MASON, DEFENDANT**

**At RESIDENCE 241 MAISON CT. ALTAMONTE SPRINGS, FL 32714**
On **2/20/2026** at **04:10 PM**
**Manner of Service: INDIVIDUAL SERVICE**
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

**Served Description:  (Approx)**

Age: **45**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **165**, Hair: **Black** Glasses: **No**

**Military Status:**

**Military Status = No**

I ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

*/s/ K. Fedotov*

**KONSTANTIN FEDOTOV**
Lic # **0110**

**LEGAL SERVE USA**
424 E CENTRAL BLVD
#355
ORLANDO, FL 32801
Phone: (407) 559-5515

Our Job # **LSU2601441**   Client Ref # **Prestige: 5 Summ.**




1 of 1



## VERIFIED RETURN OF SERVICE

| State of Florida | County of Middle DISTRICT OF FLORIDA | CIVIL ACTION Court |
|---|---|---|

Case Number: 6:26-CV-00392-GAP-RMN

PLAINTIFF: **PRESTIGE FLORIDA PROPERTY INVESTMENT, LLC**
vs.
DEFENDANT: **GOLIATH VENTURES, INC., ET AL**

For:
LOSEY PLLC - VINCENT A. CITRO, ESQ.
1420 EDGEWATER DRIVE
Orlando, FL 32804

Received by IVAN WILLIAMS on the 19th day of February, 2026 at 5:03 pm to be served on **ERIC CLAYMAN, 200 S ANDREWS AVE, STE. 604, Fort Lauderdale, FL 33301**.

I, IVAN WILLIAMS, do hereby affirm that on the **20th day of February, 2026** at **3:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, COVER SHEET, COMPLAINT, ORDER, DISCLOSURE STATEMENT, CASE MANAGEMENT REPORT, NOTICE, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **ERIC CLAYMAN** at the address of: **200 S ANDREWS AVE, STE. 604, Fort Lauderdale, FL 33301**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 53 to 58, Sex: M, Race/Skin Color: White, Height: 6'2" to 6'3", Weight: 175 to 180, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county or judicial circuit in which the process was affected in accordance with State Statutes. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

**IVAN WILLIAMS**
SPS#1716

**LEGAL SERVE USA**
**424 E. Central Blvd.**
**Ste. 355**
**Orlando, FL 32801**
**(407) 559-5515**

Our Job Serial Number: LS7-0002601433
Ref: LSU2601433, Prestige: 5 Summ.





## VERIFIED RETURN OF SERVICE

Job # **LSU2601437**

### Client Info:

LOSEY PLLC - VINCENT A. CITRO, ESQ.
1420 EDGEWATER DRIVE
Orlando, FL  32804

### Case Info:

| | |
|---|---|
| **PLAINTIFF:** PRESTIGE FLORIDA PROPERTY INVESTMENT, LLC | DISTRICT COURT<br>Court Division: CIVIL ACTION |
| -versus- | County of Middle DISTRICT OF FLORIDA, Florida |
| **DEFENDANT:** GOLIATH VENTURES, INC., ET AL | Court Case # **6:26-CV-00392-GAP-RMN** |

### Service Info:

**Date Received: 2/19/2026** at **03:23 AM**
**Service:** I Served **BLACKBLOCK MANAGEMENT SERVICES, C/O R.A. KEITH SMITH**
With: **SUMMONS, COVER SHEET, COMPLAINT, ORDER, DISCLOSURE STATEMENT, CASE MANAGEMENT REPORT, NOTICE, EXHIBITS**
by leaving with **JENIFER MCQUILEN, LEGAL ASSISTANT**

**At BUSINESS 238 N MASSACHUSETTS AVE, 1 ST FLOOR LAKELAND, FL 33801**
On **2/23/2026** at **09:28 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE WAS PERFORMED BY DELIVERING A TRUE COPY TO DESIGNATED PERSON TO ACCEPT PURSUANT TO F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3).

**Served Description:  (Approx)**

Age: **42**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 4"**, Weight: **180**, Hair: **Brown** Glasses:  **No**

I ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.



**JEAN EXAMA**
Lic # **CA-1080**

**LEGAL SERVE USA**
424 E CENTRAL BLVD
#355
ORLANDO, FL 32801
Phone: (407) 559-5515

Our Job # **LSU2601437**   Client Ref # **Prestige: 5 Summ.**




1 of 1