UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:26-cv-00392-GAP-RMN

PRESTIGE FLORIDA PROPERTY
INVESTMENT LLC,

      Plaintiff,

v.

GOLIATH VENTURES, INC., a Florida
corporation; GOLIATH VENTURES, INC.,
a Wyoming corporation, CHRISTOPHER
DELGADO, an individual; JONATHAN
MASON, an individual; ERIC CLAYMAN,
an individual; and BLACKBLOCK
MANAGEMENT SOLUTIONS, LLC a/k/a
BLACKBLOCK MANAGEMENT SERVICES,
a Florida limited liability company,

      Defendant.

_____/

## SUGGESTION OF BANKRUPTCY

Defendants, Goliath Ventures, Inc., a Florida corporation and Goliath Ventures, Inc., a Wyoming corporation  (the "***Debtors***") by and through its undersigned counsel, pursuant 11 U.S.C. § 101 *et seq.*, hereby files this Suggestions of Bankruptcy and state that on March 16, 2026, the Debtors filed a voluntary bankruptcy petition (the "***Petition***") for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida, which bears lead case number 26-13174-RAM.

1.      The filing of the Petitions may operate as an automatic stay of the commencement or continuation of these proceedings pursuant to 11 U.S.C. § 362.

2.      The Suggestions of Bankruptcy are for informational purposes only, and does not constitute a Notice of Appearance by the undersigned.

1

**WHEREFORE**, the Debtors suggests that this action has been stayed by the operation of

11 U.S.C. § 362.

Dated: March 17, 2026.        By:    */s/ Solomon B. Genet*
                                     Solomon B. Genet, Esq.
                                     MELAND BUDWICK, P.A.
                                     Florida Bar Number: 617911
                                     E-Mail: sgenet@melandbudwick.com
                                     3200 Southeast Financial Center
                                     200 South Biscayne Boulevard
                                     Miami, Florida 33131
                                     Telephone: (305) 358-6363
                                     Telecopy: (305) 358-1221

                                     *Counsel for Debtors*

2