UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PRESTIGE FLORIDA PROPERTY
INVESTMENT, LLC,

                                Case No: 6:26-cv-00392-GAP-RMN

v.

GOLIATH VENTURES, INC., et al.,

Defendants.

_____/

## PLAINTIFF'S REPORT ON THE STATUS OF GOLIATH VENTURES, INC.'S BANKRUPTCY PROCEEDING

Plaintiff, Prestige Florida Property Investment LLC ("Prestige"), per this Court's direction in the Order (Doc. No. 30) that stayed this proceeding as to Goliath Ventures, Inc., a Florida Corporation and Goliath Ventures, Inc., a Wyoming corporation (collectively "GVA"), hereby provides an update concerning the status of GVA's bankruptcy case and states as follows:

1.     GVA's bankruptcy is pending in the Southern District of Florida and is being jointly administered under Case Nos. 2026-13174-RAM and 26-13176-RAM (collectively, the "Bankruptcy Proceeding").

2.     GVA's receiver, Michael S. Budwick, has been recognized as holding all decision-making authority for GVA. (Bankruptcy Proceeding, Doc. No. 48).

1

3.      GVA and the United States of America have entered into a Coordination Agreement in relation to the Bankruptcy Proceeding and the federal criminal investigation into Christopher Delgado. (Bankruptcy Proceeding, Doc. No. 155).

4.      Pursuant to the Coordination Agreement, the United States and GVA agreed to, *inter alia*, seek to distribute forfeiture proceeds to victims through the Bankruptcy Proceeding's claims process and coordinate on the compilation of a list of victims.

5.      Steven A. Wolf, CPA and GlassRatner Advisory & Capital Group, LLC have been retained by GVA to serve as its financial advisor and forensic accountant to facilitate the Bankruptcy Proceeding and the distribution of estate assets to GVA's victims and creditors. (Bankruptcy Proceeding, Doc. No. 153).

6.      Alston & Bird LLP was ordered to turnover its entire GVA client file, which was facilitated by the Receiver waiving GVA's attorney-client privilege in relation thereto and BlackBlock Management Solutions, LLC simultaneously waiving its shared attorney-client privilege in relation thereto. (Bankruptcy Proceeding, Doc. No. 148).

7.      The deadline to file the various necessary schedules in the Bankruptcy Proceeding has been extended multiple times, with the current deadline set as July 31, 2026. (Bankruptcy Proceeding, Doc. No. 154).

8.      The Monthly Operating Reports of GVA show exceedingly limited information and limited identified assets, with receipts of $141,382 identified in the month of April. (Bankruptcy Proceeding, Nos. 77 and 113).

9.      Once the various schedules are filed on July 31, 2026 (according to the current deadline) additional information will be known about the assets of GVA and other related information.

Respectfully submitted,

/s/ David A. Meek_____
**David A. Meek II, Esq.**
Florida Bar No. 59314
Primary Email: dmeek@losey.law
Secondary Email: wbohrer@losey.law
E-Service Email: docketing@losey.law
**Vincent A. Citro**
Florida Bar No. 468657
**Alfredo R. Zamora, Esq.**
Florida Bar No. 87799
**Losey PLLC**
1420 Edgewater Dr.
Orlando, FL 32804
Phone: (407) 491-4842
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system, which will send a notice of electronic filing to all parties on the Court's Service List.

/s/ David A. Meek_____
**David A. Meek II, Esq.**
Florida Bar No. 59314

3